UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| STEVEN MASON, | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | No. 1:06-CR-003-01 |
| | ) | 1:07-cv-724-DFH-WTL |
| UNITED STATES OF AMERICA | ) | |

E N T R Y

**I.**

The movant's renewed request for the issuance of a certificate of appealability is denied for the same reasons as explained in the Entry of August 30, 2007.

**II.**

The movant seeks leave to proceed on appeal without prepayment of the appellate fees of $455.00. An appeal may not be taken *in forma pauperis* if the trial court certifies that the appeal is not taken in good faith. 28 U.S.C. § 1915; *see Coppedge v. United States,* 369 U.S. 438, 82 S. Ct. 917 (1962). "Good faith" within the meaning of § 1915 must be judged by an objective, not a subjective, standard. *See Id.* There is no objectively reasonable argument which the movant could present to argue that the disposition of this action was erroneous. In addition, his request for the issuance of a certificate of appealability has been denied. In pursuing an appeal, therefore, the movant "is acting in bad faith . . . [because] to sue in bad faith means merely to sue on the basis of a frivolous claim, which is to say a claim that no reasonable person could suppose to have any merit." *Lee v. Clinton,* 209 F.3d 1025, 1026 (7th Cir. 2000). Accordingly, his appeal is not taken in good faith, and for this reason his request for leave to proceed on appeal *in forma pauperis* is **denied.**

So ordered.

_____
DAVID F. HAMILTON, Judge
United States District Court

Date: October 9, 2007

Distribution:

Steven Mason, #08001-028, USP Hazelton, PO Box 2000, Bruceton Mills, WV 26525
Office of the United States Attorney, 10 West Market Street   Suite 2100,
      Indianapolis, IN   46204-3048